# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREATWIDE AMERICAN TRANS FREIGHT, LLC,**<br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**PARKS LOGISTICS, LLC; RUSSELL PARKS; and SUNTECK TRANSPORT GROUP, INC.,**<br>　　　　**Defendants.** | **CIVIL ACTION**<br><br><br>**NO. 14-6482** |

## ORDER

**AND NOW**, this 4th day of February, 2015, it is **ORDERED** that Plaintiff's Motion to Remand (ECF No. 5) is **GRANTED**. The above-captioned case is **REMANDED** to the Court of Common Pleas of Bucks County, Pennsylvania.

It is further **ORDERED** Defendant Suntek's Motion to Dismiss for Failure to State a Claim (ECF No. 8) is **DENIED** as moot.

The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/s/ Wendy Beetlestone**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**